## Gold Coast, Inc., Appellant, *v.* Jonnel Enterprises, Inc.

Argued October 1, 1970.   Before BELL, C. J., JONES, EAGEN, O'BRIEN and POMEROY, JJ.

reargument refused January 4, 1971.

*Eugene J. Reinbold,* with him *Thomas F. Lamb,* and *Beck, McGinnis & Jarvis,* for appellant.

*David H. Trushel,* with him *Aaron Rosenzweig,* and *Wayman, Irvin, Trushel & McAuley,* and *Rosenzweig & Rosenzweig,* for appellees.

OPINION PER CURIAM, November 12, 1970:
Order affirmed.

Mr. Justice COHEN and Mr. Justice ROBERTS took no part in the consideration or decision of this case.